1  Meghan K. Landrum (SBN 222264)
   mklandrum@reedsmith.com
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA 94604-2084

6  Telephone:  +1 510 763 2000
   Facsimile:   +1 510 273 8832

7
   Attorneys for Plaintiffs
8  INSIGHT ENTERPRISES, INC. and
   INSIGHT DIRECT USA, INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  INSIGHT ENTERPRISES, INC., a Delaware       No. C08-02816
    corporation, and INSIGHT DIRECT USA, INC.,
    an Illinois corporation,                    **PLAINTIFFS' CERTIFICATION OF**
13                                              **INTERESTED ENTITIES AND PERSONS**
             Plaintiffs,
14
        v.
15
    AMERICA'S VACATION CENTER, LLC, a
16  Florida limited liability company,

17           Defendant.

1  Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons,
2 associations of person, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding: Google, Inc., 1600 Amphitheatre Parkway,
6 Mountain View, CA 94043 ("Google"). Google has a commercial relationship with the defendant
7 that is relevant to the trademark(s) at issue in the instant matter.

DATED: June 5, 2008.

REED SMITH LLP

By _____
Meghan K. Landrum (SBN 222264)
Attorney for Plaintiffs Insight Enterprises, Inc. and
Insight Direct USA, INC.