Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and
INSIGHT DIRECT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S VACATION CENTER, LLC, a Florida limited liability company,<br><br>Defendant. | No. C08-02816<br><br>**PLAINTIFFS INSIGHT ENTERPRISES, INC. AND INSIGHT DIRECT USA, INC.'S DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Insight Enterprises, Inc., a Delaware corporation and Plaintiff Insight Direct USA, Inc., an Illinois corporation, jointly submit the following disclosure statement: Insight Direct USA, Inc. is the wholly-owned subsidiary of Insight Enterprises, Inc., a publicly held corporation. There are no parent corporations of Insight Enterprises, Inc. No publicly held corporation owns 10% or more of Insight Enterprises, Inc.'s stock.

DATED: June 5, 2008

REED SMITH LLP

By /s/ Meghan K. Landrum
Meghan K. Landrum
Attorney for Plaintiffs Insight Enterprises, Inc. and Insight Direct USA, Inc.

DOCSOAK-9909890.1-MKLANDRUM