# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

INSIGHT ENTERPRISES, INC., a Delaware
corporation, and INSIGHT DIRECT USA, INC.,
an Illinois corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-02816-WDB

V.

AMERICA'S VACATION CENTER, LLC., a Florida
limited liability company

TO: (Name and address of defendant)

America's Vacation Center
5201 Blue Lagoon Drive
Suite 900
Miami, FL 33126
Tel: 866-544-7023

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Megahn K. Landrum
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612
Tel:  (510) 763-2000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **JUN - 6 2008**

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion
then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:


☐   Other *(specify):*


## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____      _____
              *Date*                                *Signature of Server*



                                                   _____
                                                    *Address of Server*








(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.