Meghan K. Landrum (SBN 222264)
Email: mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and
INSIGHT DIRECT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICA'S VACATION CENTER, LLC, a Florida limited liability company,<br><br>Defendant. | No. C08-02816-WDB<br><br>**PROOF OF SERVICE**<br><br>Honorable Wayne D. Brazil |

| Attorney or Party without Attorney: <br> MEGHAN K. LANDRUM <br> REED SMITH LLP <br> 1999 HARRISON STREET <br> SUITE 2400 <br> OAKLAND, CA 94612 | | For Court Use Only |
|---|---|---|
| Telephone No: 510 763-2000    FAX No: 510 273-8832 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 322997.00038 | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: INSIGHT ENTERPRISES, INC., et al | | |
| Defendant: AMERICA'S VACATION CENTER, LLC | | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C08-02816-WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Injunctive Relief And Damages And Demand For Jury Trail; Plaintiffs Insight Enterprises, Inc. And Insight Direct Usa, Inc.'s Disclose Statement; Plaintiffs' Certification Of Interested Entities And Persons; Notice Of Assignment Of Case; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Standing Order; Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark.

3. a. Party served:            AMERICA'S VACATION CENTER, LLC, a Florida limited liability company
   b. Person served:          VAN ANDERSON, AGENT FOR SERVICE

4. Address where the party was served:    1890 HACIENDA DRIVE
                                          VISTA, CA 92081

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 09, 2008 at: 3:50PM by leaving the copies with or in the presence of:
   BRAD ANDERSON, PERSON IN CHARGE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AMERICA'S VACATION CENTER, LLC
   Other:   A FLORIDA LIMITED LIABILITY COMPANY

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. K. WYSONG                             d. *The Fee for Service was:*
                                            e. I am: (3) registered California process server
                                                 (i)   Independent Contractor

   First Legal Support Services SM             (ii)  Registration No.:   879
   ATTORNEY SERVICES                            (iii) County:             San Diego
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date:Thu, Jul. 10, 2008

                                                                              (K. WYSONG)

| Judicial Council Form POS-010 <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS & COMPLAINT | 6428716.reesm-oa.144792 |
|---|---|---|

| Attorney or Party without Attorney: MEGHAN K. LANDRUM<br>REED SMITH LLP<br>1999 HARRISON STREET<br>SUITE 2400<br>OAKLAND, CA 94612<br>Telephone No: 510 763-2000     FAX No: 510 273-8832<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No or File No.: 322997.00038 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: INSIGHT ENTERPRISES, INC., et al
Defendant: AMERICA'S VACATION CENTER, LLC

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: C08-02816-WDB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet; Complaint For Injunctive Relief And Damages And Demand For Jury Trail; Plaintiffs Insight Enterprises, Inc. And Insight Direct Usa, Inc.'s Disclose Statement; Plaintiffs' Certification Of Interested Entities And Persons; Notice Of Assignment Of Case; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Standing Order; Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Jul. 10, 2008
   b. Place of Mailing:         SAN FRANCISCO, CA 94103
   c. Addressed as follows:     AMERICA'S VACATION CENTER, LLC, a Florida limited liability company
                                1890 HACIENDA DRIVE
                                VISTA, CA 92081

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 10, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    2008-0001059
      (iii) County:               San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Jul. 10, 2008                                              (AARON DANIEL)

Judicial Council Form POS-010            PROOF OF SERVICE                6428716.reesm-oa.144792
Rule 2.150.(a)&(b) Rev January 1, 2007         By Mail