Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:     +1 510 763 2000
Facsimile:     +1 510 273 8832

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and INSIGHT DIRECT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICA'S VACATION CENTER, LLC, a Florida limited liability company,<br><br>　　　　　Defendant. | No.: C08-02816<br><br>**STIPULATION OF TIME TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:　　June 5, 2008<br>Trial Date:　　　None |

**STIPULATION**

WHEREAS, defendant America's Vacation Center, LLC ("Defendant") has been served with the summons and complaint in this action; and

WHEREAS, Plaintiff agrees to grant Defendant an extension of time to file their response to the Complaint:

IT IS THEREFORE STIPULATED between Plaintiff and Defendant, by and through the undersigned, that Defendant's responsive pleading in this action will be deemed timely if filed and served on or before August 22, 2008.

**SO STIPULATED:**

DATED:  July 25, 2008        REED SMITH LLP

By   */s/ Meghan K. Landrum*
    Meghan K. Landrum
    Attorneys for Plaintiffs,
    Insight Enterprises, Inc. and Insight Direct USA, Inc.

DATED:  July 25, 2008

By   */s/ Amar Thakur*
    Amar Thakur
    Attorneys for Defendant,
    America's Vacation Center, LLC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware