Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and INSIGHT DIRECT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S VACATION CENTER, LLC, a Florida limited liability company,<br><br>Defendant. | No.: C08-02816<br><br>**STIPULATION OF TIME TO RESPOND TO COMPLAINT AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Compl. Filed:   June 5, 2008<br>Trial Date:       None |

### STIPULATION

WHEREAS, defendant America's Vacation Center, LLC ("Defendant") has been served with the summons and complaint in this action; and

WHEREAS, Plaintiff and Defendant are actively engaged in settlement negotiations; and

WHEREAS, Plaintiff agrees to grant Defendant an extension of time to file their response to the Complaint:

IT IS THEREFORE STIPULATED between Plaintiff and Defendant, by and through the undersigned, that Defendant's responsive pleading in this action will be deemed timely if filed and served on or before September 22, 2008.

IT IS FURTHER JOINTLY REQUESTED that, should the Court's schedule permit, the September 11, 2008 status conference be continued for 60 days so as to allow the parties time to complete their settlement negotiations and possibly resolve the matter.

**SO STIPULATED:**

DATED: August 20, 2008          REED SMITH LLP

By    /s/ Meghan K. Landrum
      Meghan K. Landrum
      Attorneys for Plaintiffs,
      Insight Enterprises, Inc. and Insight Direct USA, Inc.

DATED: August 20, 2008

By    /s/ Amar Thakur
      Amar Thakur
      Attorneys for Defendant,
      America's Vacation Center, LLC.