1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## NORTHERN DISTRICT OF CALIFORNIA

7
8

INSIGHT ENTERPRISES, et al.                    No. C 08-2816 WDB

9

          Plaintiffs,                    NOTICE RESCHEDULING INITIAL
                                        CASE MANAGEMENT CONFERENCE

10
11

    v.

12

AMERICA'S VACATION CENTER,

13

          Defendant.
_____/

14

TO ALL PARTIES AND COUNSEL OF RECORD:

15

      At the request of counsel for the parties, the Initial Case Management Conference set for

16

September 11, 2008, is <u>continued</u> to November 10, 2008, at 4:00 p.m.  <u>Lead</u> trial counsel for

17

each party must participate in the case management conference.  **No later than seven court**

18

**days** prior to the case management conference, the parties must meet and confer and file a Joint

Case Management Statement.

19
20

                              Richard W. Wieking, Clerk
                              United States District Court

August 11, 2008

21
22

                              *Sarah Weinstein*

23

                          By:    Sarah Weinstein
                                  Law Clerk/Deputy Clerk

24
25
26
27
28