**[COUNSEL LISTED ON SIGNATURE PAGE]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a Delaware corporation, and INSIGHT DIRECT USA, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S VACATION CENTER, LLC, a Florida limited liability company,<br><br>Defendant. | Case No.: C-08-2816-WDB<br><br>**STIPULATION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER FOR EXTENSION OF DEADLINE TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Initial CMC Date: 11/10/08, 4:00 p.m.**<br><br>**Hon. Magistrate Judge Wayne D. Brazil** |

**STIPULATION**

The parties, by and through their respective counsel of record, stipulate and agree to an extension of the filing deadline for the parties' Joint Case Management Conference Statement in advance of the Initial Case Management Conference (scheduled for November 10, 2008 at 4:00 p.m.), such that the Statement shall now be due and filed on **November 7, 2008**.

This action was filed on June 5, 2008, and on that date, this Court issued an order setting the Initial Case Management Conference for September 11, 2008. (Docket Nos. 1, 4.) On August 11, 2008, pursuant to a joint request from counsel for the parties, this Court re-set the Initial Case Management Conference for the date of November 10, 2008 at 4:00 p.m., with the Joint Case Management Conference Statement due to be filed seven court days in advance. (Docket No. 11.)

Counsel for the parties have been diligently negotiating a settlement of this action, and presently expect to have finalized a settlement, if one will be reached, within the next couple of days. Counsel for plaintiff has drafted a Joint Case Management Conference Statement but counsel for defendant has not yet had time to review and comment on it, given that their efforts have been concentrated on settlement.

To ensure the parties have time to focus on finalizing a settlement, or to otherwise ensure the Joint Case Management Conference Statement is as complete as possible if the November 10, 2008 Initial Case Management Conference is ultimately necessary, the parties have agreed to this Stipulation to an extension of the deadline to file their Joint Case Management Conference Statement through and including Friday, November 7, 2008. All other deadlines currently set in this action shall remain the same.

**SO STIPULATED**.

Dated: November 3, 2008          PLAINTIFFS INSIGHT ENTERPRISES, INC. and INSIGHT DIRECT USA, INC.

By its attorneys,

*/s/ Meghan K. Landrum*
Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Dated: November 3, 2008          DEFENDANT AMERICA'S VACATION CENTER, LLC

By its attorneys,

*/s/ Nathaniel Bruno*
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nbnruno@smrh.com

## E-FILING ATTESTATION

As the attorney representing defendant and e-filing this document, and pursuant to General Order No. 45, I hereby attest that counsel for the plaintiffs has concurred in the filing of this document. */s/ Nathaniel Bruno*

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The parties shall have through and including November 7, 2008 to file their Joint Case Management Conference Statement prior to the Initial Case Management Conference in this action.

**SO ORDERED.**

Dated:  11/4/2008

_____
Honorable Wayne D. Brazil
United States Magistrate Judge